TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Acting Section Chief
MEREDITH L. FLAX, Assistant Section Chief
CHRISTIAN H. CARRARA,
Trial Attorney (NJ Bar # 317732020)
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9736
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>Plaintiff,<br><br>v.<br><br>**DEBRA HAALAND,** in her official capacity as Secretary of the U.S. Department of the Interior, **MARTHA WILLIAMS**, in her official capacity as Director of the U.S. Fish and Wildlife Service, and **U.S. FISH AND WILDLIFE SERVICE**,<br><br>Defendants. | No. 1:22-cv-00387- KWR-LF<br><br>**ORDER TO ENTER SETTLEMENT AGREEMENT** |

## ORDER TO ENTER SETTLEMENT AGREEMENT

Based on the Stipulation of the Parties, and for good cause shown, **IT IS HEREBY ORDERED THAT:**

The terms and conditions of the Parties' Stipulated Settlement Agreement are hereby adopted as an **ORDER** of this Court, and this matter is hereby **DISMISSED WITH PREJUDICE.**

Dated: October 12, 2022 (10/12/2022)

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Electronically approved: October 12, 2022

Respectfully submitted by,

| | |
|---|---|
| */s/ Douglas Wolf* | TODD KIM, Assistant Attorney General |
| DOUGLAS W. WOLF (NM Bar # 7473) | S. JAY GOVINDAN, Acting Section Chief |
| 3191 La Avenida de New Mexico Santa Fe, NM 87507 703-994-1309 | MEREDITH L. FLAX, Assistant Section Chief |
| Email: dwwolf@aol.com | |
| | */s/ Chris Carrara* |
| */s/ Camila Cossio* | CHRISTIAN H. CARRARA |
| CAMILA COSSIO (OR Bar # 191504) | Trial Attorney (NJ Bar # 317732020) |
| Center for Biological Diversity | United States Department of Justice |
| P.O. Box 11374 | Environment & Natural Resources Division |
| Portland, OR 97211-0374 | Wildlife & Marine Resources Section |
| Tel: (917) 717-6727 | P.O. Box 7611 |
| Email: ccossio@biologicaldiversity.org | Washington, DC 20044-7611 |
| | Tel: (202) 598-9736 |
| | Fax: (202) 305-0275 |
| */s/ Brian Segee* | Email: christian.carrara@usdoj.gov |
| BRIAN SEGEE (Ca. Bar # 200795) | |
| Center for Biological Diversity | *Of Counsel:* |
| 660 S. Figueroa Street, Suite 1000 | FRANK LUPO, Southwest Regional Solicitor |
| Los Angeles, CA 90017 | United States Department of the Interior |
| Tel: (805) 750-8852 | Office of the Solicitor |
| Email: bsegee@biologicaldiversity.org | Southwest Regional Office |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |